645 A.2d 219

Andrea V. HAYNES, Appellant,

v.

SOUTHEASTERN PENNSYLVANIA TRANSPORTATION
AUTHORITY and Peter Cauffman, et al., Appellees.

Supreme Court of Pennsylvania.

Argued Oct. 20, 1993.

Decided July 25, 1994.

George J. Badey, III, Philadelphia, for A. Haynes.

William F. Holsten, Paola F. Tripodi, Media, for SEPTA and Cauffman.

S. Robert Levant, Philadelphia, for R. Briscoe.

Robert C. Mickle, Jr., King of Prussia, for Childress.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

*ORDER*

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

LARSEN, J., did not participate in the decision of this case.

MONTEMURO, J., was an appointed Justice of the Court at the time of argument.*